**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-1654**

_____

KIMARLO RAGLAND,

    Plaintiff - Appellant,

  v.

NC DIVISION OF EMPLOYMENT SECURITY,

    Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Richard E. Myers, II, Chief District Judge.  (5:24-cv-00204-M-RJ)

_____

Submitted:  October 24, 2024       Decided:  January 13, 2025

_____

Before NIEMEYER, AGEE, and RUSHING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Kimarlo Ragland, Appellant Pro Se.  David John Adinolfi, II, Special Deputy Attorney General, Robert Glen Peterson, EMPLOYMENT SECURITY COMMISSION OF NORTH CAROLINA, Raleigh, North Carolina for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kimarlo Ragland appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Ragland's civil complaint under 28 U.S.C. § 1915(e)(2)(B).[*] We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Ragland v. N.C. Div. of Emp. Sec.,* No. 5:24-cv-00204-M-RJ (E.D.N.C. July 10, 2024). We also deny Ragland's motion to disallow sanctions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Ragland did not object to the magistrate judge's recommendation regarding his other claims, and he was warned of the consequences of failure to object. Accordingly, he waived appellate review of the dismissal of his other claims. *Martin v. Duffy*, 858 F.3d 239, 245 (4th Cir. 2017).